## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIMBERLY LYLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:08CV146 |
| vs. ) | |
| ) | ORDER |
| **UNIFUND CCR PARTNERS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on plaintiff's motion for leave to file a first amended complaint. The proposed amendments involve adding two defendants and class action allegations. Response time has passed, and no response in opposition was filed.

Pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that plaintiff's Motion to Amend Complaint [10] is granted. Plaintiff shall file and serve the Amended Complaint no later than **June 30, 2008.**

**DATED June 16, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**