UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| Kimberly Lyles, On Behalf of Herself and All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Unifund CCR Partners, Credit Card )<br>Receivables Fund, Inc., and ZB Limited )<br>Partners, )<br>)<br>Defendants. ) | 8:08-CV-146<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Motion for Leave to File Second Amend Complaint, (Doc. No. 41) filed on October 9, 2008.  Defendants' response time has passed, and no opposition was filed.

The Court, having reviewed the Plaintiffs' Motion, and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, that Plaintiff's Motion for Leave to File Second Amended Complaint is granted.  Plaintiff shall file and serve the Second Amended Complaint no later than November 17, 2008.

DATED November 3, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge