## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY LYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV146 |
| | ) | |
| UNIFUND CCR PARTNERS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

In light of plaintiff's filing a Second Amended Complaint,

**IT IS ORDERED** that the Rule 16 planning conference now set for Monday, November 24, 2008 is continued to **Monday, June 15, 2009 at 10:00 a.m.**, to be conducted by conference call initiated by plaintiff's counsel.

**DATED November 21, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**