IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY LYLES, | ) | Case No. 8:08CV146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNIFUND CCR PARTNERS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Pamela Car, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **March 12, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for June 15, 2009, is cancelled upon the representation that this case is settled.

Dated this 10th day of February 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge