IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIMBERLY LYLES, on behalf of herself and all others similarly situated,** | ) ) ) ) | CASE NO. 8:08CV146 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| **UNIFUND CCR PARTNERS, CREDIT CARD RECEIVABLES FUND, INC., ZB LIMITED PARTNERS, and PALISADES ACQUISITION XVI, LLC,** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal of Plaintiff's Individual Claims with Prejudice and for Dismissal of Putative Class Members' Claims without Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal of Plaintiff's Individual Claims with Prejudice and for Dismissal of Putative Class Members' Claims without Prejudice (Filing No. 59) is approved, and the relief requested therein is granted;

2. The Plaintiff's individual claims in this action are dismissed with prejudice;

3. The Putative Class Members' claims in this action are dismissed without prejudice; and

4. The parties shall pay their own costs and attorneys' fees to the extent not provided for in the settlement agreement.

DATED this 4th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge